# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Samantha Latorre | Case No. 8:15-cv-00894-SCB-AEP |
| Plaintiff, | Judge: Susan C. Bucklew |
| v. | Magistrate Judge: Anthony E. Porcelli |
| Stellar Recovery, Inc. | |
| Defendant. | **PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT** |

Now comes Plaintiff, through Counsel, to notify the Court that the Defendant has Satisfied the Judgment in the present Case.

RESPECTFULLY SUBMITTED,

By:  /s/ H. Karen Gatto
H. Karen Gatto, Esq.

*Of Counsel*
Hyslip & Taylor, LLC, LPA
Florida Bar No. 0190527
8270 Woodland Center Blvd.
Tampa, FL 33614
Phone: 800-675-5507
Email: Kgatto@gattolaw.com
Attorney for Plaintiff

Date: July 2, 2015

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2015, I electronically filed the foregoing Notice. Pursuant by agreement of the Parties, service of this filing will be made by Electronic Mail to:

Rachel Ommerman, Esq.
Berman & Rabin, PA
15280 Metcalf
Overland Park, KS 66223
rommerman@bermanrabin.com
*National Counsel for Defendant*

/s/ H. Karen Gatto